IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JOHN JOSEPH JAMES BURNS and CAMILLA BURNS, | ) ) ) | |
| Petitioners, | ) ) ) | Case Nos.   CV-06-08-S-BLW CV-06-09-S-BLW CR-97-58-S-BLW |
| v. | ) ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) ) ) | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motions filed by JOHN BURNS (Case No. CR-06-08-S-BLW) and CAMILLA BURNS (Case No. CR-06-09-S-BLW) under 28 U.S.C. § 2255 are DISMISSED with prejudice.

DATED: **March 7, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**